## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NETZA HERRERA, | |
| Plaintiff, | Case No. 1:20-cv-01179 |
| v. | Honorable Judge Manish S. Shah |
| GREENSKY, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Netza Herrera ("Plaintiff"), by and through her undersigned attorney, and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Greensky, LLC.

Dated: September 9, 2020                                                    Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188
osulaiman@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Omar T. Sulaiman*<br>
Omar T. Sulaiman